IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA

vs.                                CRIMINAL ACTION 10-299-KD

MARIA WRIGHT

ORDER ON PRETRIAL DIVERSION

This action is before the Court on Defendant's Motion to Continue (Doc. 19). In this motion, Defendant's counsel states that the Government and Defendant have agreed that Defendant is a candidate for the Pretrial Diversion Program. The Government has contacted the Probation Office and requested that Defendant be evaluated for acceptance in the Pretrial Diversion Program. An initial interview has been held and it appears that Defendant will be recommended for Pretrial Diversion. The formal recommendation will be completed within thirty days.

Therefore, the Motion to Continue is **GRANTED** and Defendant is **ORDERED** to file a Speedy Trial Waiver signed by Defendant not later than **February 11, 2011. On or before March 4, 2011**, the Government shall file a motion to dismiss the indictment without prejudice, upon the Defendant being admitted to the Pretrial Diversion Program. Should Defendant not be admitted to the Pretrial Diversion Program, the Government shall immediately file a Notice with the Court requesting that this action be

reinstated on the Court's criminal docket and reset for a pretrial conference.

The pretrial conference scheduled for February 4, 2011 at 11:00 p.m. was **CANCELLED**.

DONE this 4th day of February, 2011.

s/BERT W. MILLING, JR.
UNITED STATES MAGISTRATE JR.
